1 DAVID L. ANDERSON (CABN 149604)
United States Attorney
2
HALLIE HOFFMAN (CABN 210020)
3 Chief, Criminal Division

4 SHEILA A.G. ARMBRUST (CABN 265998)
Assistant United States Attorney
5
    450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
    Telephone: (415) 436-6961
7     FAX: (415) 436-7234
    sheila.armbrust@usdoj.gov
8
Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 18-0299-06 SI |
| Plaintiff, | [~~PROPOSED~~] **ORDER OF PRETRIAL DETENTION** |
| v. | |
| FERNANDO UC ABAN, | |
| Defendant. | |

The parties appeared before the Honorable Laurel Beeler on June 4, 2019, for arraignment on Count Three of the Superseding Indictment, charging defendant with a violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C). August Gugelmann appeared to represent the defendant. Assistant United States Attorney Sheila Armbrust appeared on behalf of the government. Following arraignment and appointment of counsel, the government moved for the defendant's detention and for a detention hearing on the ground that the defendant is charged with an offense under the Controlled Substances Act that carries a maximum penalty of more than ten years of imprisonment, creating a presumption of pretrial detention. 18 U.S.C. § 3142(e)(2), (f)(1)(C). The defendant waived his right to a detention hearing without prejudice to returning to contest pretrial detention at a later date.

1    The Court, therefore, orders the defendant detained. The defendant is committed to the custody
2    of the Attorney General or a designated representative for confinement in a corrections facility. The
3    defendant must be afforded a reasonable opportunity to consult privately with counsel. On order of a
4    court of the United States or on request of an attorney for the government, the person in charge of the
5    corrections facility must deliver the defendant to the United States Marshal for a court appearance.

IT IS SO ORDERED.

DATED: 6/7/2019

HON. LAUREL BEELER
United States Magistrate Judge